

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00676-CR

Gary Lynn **BAKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4875
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 20, 2016.

Luz Elena D. Chapa, Justice